UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CHARLES MCCOY,**

    **Petitioner,**

  v.

**STATE OF OHIO,**

    **Respondent.**

:

Case No. 2:23-cv-2017
**Judge Sarah D. Morrison**
**Magistrate Judge Kimberly A. Jolson**

:

:

## ORDER

On August 21, 2023, the Magistrate Judge issued a Report and Recommendation recommending that this matter be dismissed for lack of prosecution. (ECF No. 10.) Petitioner Charles McCoy was advised of the right to file objections to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so. (*Id*.) Although Mr. McCoy has since sent several letters to the Court, none is fairly considered an objection to the Report and Recommendation. (ECF Nos. 11–14.) The Report and Recommendation is **ADOPTED** and **AFFIRMED**. This action is **DISMISSED**. Petitioner has waived the right to appeal by failing to file objections. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). The Court therefore **DECLINES** to issue a certificate of appealability.

    IT IS SO ORDERED.

    /s/ Sarah D. Morrison
    **SARAH D. MORRISON**
    **UNITED STATES DISTRICT JUDGE**